162 So. 926

SOUTHERN LIQUOR DISTRIBUTORS v. E. A. KIMBROUGH, as Sheriff.

4 Div. 187.

Court of Appeals of Alabama.
May 14, 1935.

J. W. Brassell, of Phenix City, for petitioner.

BRICKEN, Presiding Judge.
Writ awarded.